IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMES M. MARTIN, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL No.  5:14-CV-393-MTT |
| : | |
| : | |
| JOHNNY McDANIEL, *et al.,* : | |
| : | 42 U.S.C. § 1983 |
| Defendants. : | |

## O R D E R

*Pro se* Plaintiff James M. Martin filed a complaint under 42 U.S.C. § 1983 and a motion to proceed without prepayment of the filing fee.  Plaintiff has now filed a motion to dismiss his complaint voluntarily with prejudice.  Mot. to Dismiss 1, ECF No. 5.  Plaintiff's motion is **GRANTED**, and Plaintiff's complaint is dismissed with prejudice.  Plaintiff's motion to proceed *in forma pauperis* (ECF No. 2) is **DENIED as moot.**

SO ORDERED, this 10th day of December, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

lws